CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

OCT 3 0 2008

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

DAVID A. WILSON,          )
                           )
      Petitioner,         )      Civil Action No. 7:08-cv-00520
                           )
v.                        )      **FINAL ORDER**
                           )
UNITED STATES OF AMERICA,   )      **By: Hon. James C. Turk**
                           )      **Senior United States District Judge**
      Respondent.      )

In accordance with the written memorandum opinion entered this day, it is hereby

### ADJUDGED AND ORDERED

that the above referenced motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. §2255, shall be and hereby is **DISMISSED**, and this action is stricken from the active docket of this court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This _30th_ day of October, 2008.

_____
Senior United States District Judge